## Commonwealth *v.* Gamble, Appellant.

Before O'KICKI, J.

Submitted November 11, 1974. *Fremont J. McKendrick,* for appellant; *D. Gerard Long,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Geiter, Appellant.

Before BUCHER, J.

Before BROWN, J.

Argued September 9, 1974. *Penn B. Glazier,* Assistant Public Defender, with him *Theodore S. Danforth,* Public Defender, for appellant; *Louise G. Herr,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgments of sentence affirmed.